IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,   No. C 09-3632 MMC

    Plaintiff,   **ORDER TO SHOW CAUSE**

  v.

COASTSIDE SCAVENGER CO.,

    Defendant.
_____/

On November 20, 2009, counsel for defendant failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action. Counsel for plaintiff appeared.

Accordingly, counsel for defendant is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than December 4, 2009, why sanctions should not be imposed for his failure to appear as ordered on November 20, 2009.

**IT IS SO ORDERED.**

Dated: November 24, 2009

                                       MAXINE M. CHESNEY
                                       United States District Judge