IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C-09-3632 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| COASTSIDE SCAVENGER CO., | |
| Defendant / | |

Before the Court is counsel for defendant's response to the Court's November 24, 2009 order directing counsel to show cause why sanctions should not be imposed for his failure to appear at the November 20, 2009 Case Management Conference.[1]

Having read and considered counsel's response, the Court finds the failure to appear to have been the result of an oversight and, under the circumstances presented, declines to impose sanctions.

Accordingly, the order to show cause is hereby DISCHARGED.

---

[1] The response was electronically filed on December 4, 2009. Counsel, however, did not provide the Court with a chambers copy. For future reference, counsel is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

The matter remains calendared for a Case Management Conference on March 12, 2010.

**IT IS SO ORDERED.**

Dated:  December 17, 2009

MAXINE M. CHESNEY
United States District Judge