```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 09 3632 MMC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGMENT PURSUANT TO** |
| vs. | ) | **STIPULATION** |
| | ) | |
| COASTSIDE SCAVENGER COMPANY, a California corporation, doing business as COASTSIDE/SEACOAST DISPOSAL CO. | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

It appearing that Plaintiffs NORTHWEST ADMINISTRATORS, INC., through their attorneys, and defendant, COASTSIDE SCAVENGER COMPANY, a California corporation, doing business as COASTSIDE/SEACOAST DISPOSAL CO., have stipulated that Plaintiff have and recover judgment from Defendants and it appearing that the Stipulation is in all respects proper and that the stipulation provides for judgment against defendant in the amount of $200,232.25,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs NORTHWEST ADMINISTRATORS, INC., through their attorneys, and defendant,

1  **COASTSIDE SCAVENGER COMPANY, a California corporation, doing business**
2  **as COASTSIDE/SEACOAST DISPOSAL CO., in the amount of $200,232.25,**
3  **which amount is composed of the following:**
4  **    a.   Contributions due and unpaid to the Plaintiff Western**
5  **Conference Teamster Pension Trust Fund for the period months of May**
6  **2009 through November 2009 in the amount of $164,240.50;**
7  **    b.   Liquidated damages due and unpaid to the Plaintiff**
8  **Trust Funds for the same period in the amount of $33,685.30;**
9  **    c.   Interest due pursuant to contract on contributions only**
10 **in the amount of $1,956.45; and**
11 **    d.   Costs of suit incurred in this action in the amount of**
12 **$350.00.**
13 **Dated:** January 22 ___, **2010**

_____
14 **Honorable Maxine M. Chesney**